UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2003 HUMMER H2, VIN # 5GRGN2U73H120473,<br><br>　　　　　　Defendant. | No. CV 12-00060 SI<br><br>**DEFAULT JUDGMENT AND [P̶R̶O̶P̶O̶S̶E̶D̶]**<br>**ORDER OF FORFEITURE** |

　　UPON CONSIDERATION of the motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supp. Rules"); and that (2) no claim has been filed for defendant One 2003 Hummer H2, VIN# 5GRGN2U73H120473 (hereinafter "defendant truck") it is by the Court on this _____ day of _____, 2012,

　　ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is entered for the United States against the defendant truck; and it is

///

1   FURTHER ORDERED, ADJUDGED AND DECREED that defendant truck be and
2  hereby is forfeited to the United States, pursuant to 21 U.S.C.§ 881(a)(4), and that all right, title
3  and interest in said property be and hereby is vested in the United States of America; and it is
4   FURTHER ORDERED that the United States Marshals Service shall dispose of the
5  forfeited defendant property according to law.

   5/7/12                                    _____
                                             HONORABLE SUSAN ILLSTON
                                             United States District Judge

DEFAULT JUDGMENT AND ORDER OF FORFEITURE                                      2
No.  CV 12-00060 SI